LESTER DOCTOR, Appellant, *v.* EDWARD A. MANICE et al., Composing the Firm of E. A. MANICE & Co., Respondents.

*Doctor* v. *Manice*, 167 App. Div. 928, affirmed.
(Submitted February 7, 1918; decided February 26, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 30, 1915, *unanimously* affirming a judgment

in favor of defendants entered upon a dismissal· of the complaint by the court at a Trial Term without a jury in an action to recover the alleged net value of the equity of the plaintiff in certain real property. The complaint alleged that plaintiff conveyed the property to .the defendant Arthur R. Manice by a deed absolute on its face, but intended as security for certain advances to be made by the defendants that the property was worth about $21,000, and was subject to two certain mortgages aggregating $15,000, and that the defendants, without adequate or reasonable notice to the plaintiff, sold the property for $17,000, thus depriving the plaintiff of his equity of about $6,000.

*Mark G. Holstein* for appellant.

*Ellery O. Anderson* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.